THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. DAVID ALEXANDER, Appellant.

Reported below, 183 App. Div. 868.

(Submitted November 25, 1918; decided December 3, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 11, 1918, affirming a judgment of the Court of General Sessions of the Peace in the county of New York, rendered upon a verdict convicting defendant of the crime of attempted grand larceny in the first degree. Sentence was suspended.

The motion was made upon the ground that no actual final judgment was rendered in the action and hence the Court of Appeals had no jurisdiction of the action.

*Edward Swann, District Attorney (Robert C. Taylor, Robert S. Johnstone* and *Felix C. Benvenga* of counsel), for motion.

*Milton M. Goldsmith* and *Max Horowitz* opposed.

Motion denied.